IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02521-GPG

**ROSLYN K. MCKELLAR**,

    Plaintiff,

v.

**CAROLYN W. COLVIN**, Commissioner of Social Security,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be placed on the AP docket.  Accordingly, it is

ORDERED that this case shall be placed on the AP docket.

DATED at Denver, Colorado, this 30th day of November, 2015.

                BY THE COURT:

                S/ Gordon P. Gallagher

                Gordon P. Gallagher
                United States Magistrate Judge